UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| **DEBORAH JOHNSON**, **EDDIE JOHNSON, II, K.J.,** by and through her natural mother and n/f, Deborah Johnson, and **EDDIE JOHNSON, III,**<br><br>        Plaintiffs,<br>v.<br><br>**ASK TRUCKING, LLC,** a limited liability co., and **ALEKSANDR ISSEROVICH**,<br><br>        Defendants. | Cause No: 09-4058<br><br>Negligence<br><br>Amount in Controversy in Excess of $75,000<br><br>Jury Trial Demanded |

## STIPULATION FOR DISMISSAL

COME NOW the plaintiffs, by and through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and with the consent of the defendants, hereby dismiss their claims and cause of action against the defendants. Each party to bear their own costs.

 PAUL J. PASSANANTE, P.C.
 & ASSOCIATES

By:   /s/ Dawn M. Besserman
 Dawn M. Besserman, IL #6283508
 Attorney for Plaintiffs
 1010 Market St, Suite 1650
 St. Louis, MO  63101
 Phone: (314) 621-8884
 Fax:  (314) 621-8885
 dmb@passanantelaw.com

 LANE & WATERMAN, LLP

By:   /s/ Robert B. McMonagle
 Robert B. McMonagle, IL #6283508
 Attorney for Defendants
 220 N. Main Street, Suite 600
 Davenport, IA 52801-1987
 Phone: (563) 324-3246
 Fax:  (563) 324-1616
 rmcmonagle@l-wlaw.com

## CERTIFICATE OF SERVICE

      I, Dawn M. Besserman, attorney for Plaintiffs, in the above-entitled cause, hereby certify that on the 19th day of October, 2011, I electronically filed the foregoing with the Clerk of CENTRAL DISTRICT OF ILLINOIS, using the CM/ECF system, which sent notification of such filing by electronic mail to:

Robert B. McMonagle
Lane & Waterman, LLP
220 N. Main Street, Suite 600
Davenport, IA 52801-1987
rmcmonagle@l-wlaw.com
***Attorney for Defendants***

                                                /s/ Dawn M. Besserman